No. 86–5914. WILLIAMS *v.* MARLBORO STATE HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 86–5925. MILLSAP *v.* GUDDUCCI. C. A. 2d Cir. Certiorari denied.

No. 86–5927. BOWMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 86–5932. KUZMA *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied. ▮

No. 86–5936. GITTMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 86–5937. BIBB *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 86–5942. TAFT-TSARELKA *v.* MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 86–354. HUBER ET AL. *v.* UNITED STATES MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied. JUSTICE WHITE would deny certiorari. ▮

No. 86–522. COLORADO INTERSTATE GAS CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 10th Cir. Motion of Tennessee Gas Pipeline Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮

No. 86–563. CIPOLLONE, EXECUTOR OF THE ESTATE OF CIPOLLONE *v.* LIGGETT GROUP, INC., ET AL. C. A. 3d Cir. Motion of American Heart Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this motion and this petition. ▮

